06-20441.oe

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20441-CIV-COOKE/BROWN

Global HTM Promotional Group, Inc.

  Plaintiff,

vs.

Angel Music Group, LLC, Angel Music Group
Limited, Track Entertainment Properties, Inc. d/b/a
Track Entertainment and Space 34 LLC d/b/a Club
Space,

  Defendants.
_____/

### ORDER DENYING MOTION TO COMPEL AND FOR SANCTIONS

**THIS CAUSE** came before the Court on defendant Angel Music Group's Motion to Compel Discovery and for Sanctions, filed October 3, 2006. The Court has considered the motion, the response, the reply, D.E. 63, and 104, and all pertinent materials in the file.

The Court finds that the motion is untimely - not for a violation of Local Rule 26.1.H.1, but because of D.E. 63. That order of the Court clearly states that all fact discovery shall be <u>completed</u> (emphasis added) by October 20, 2006. Furthermore, as to the matters involved in this motion to compel, D.E. 104 makes clear that no extension is to be granted. This motion was not filed as an emergency, and clearly the deadline of D.E. 63 could not have been met by the filing of this non-emergency motion on October 3rd.

Therefore, for the reason stated herein, it is **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED.**

This ruling is without prejudice to be reconsidered in the event a new discovery deadline is set.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of November, 2006.

_____
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc:    Honorable Marcia G. Cooke